# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOYCE COLLINS

VERSUS

AUBREY SWEEZY, BERKSHIRE
HATHAWAY HOMESTATE INSURANCE
COMPANY, AND STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

NO.  2022 CW 1095

**OCTOBER 28, 2022**

---

In Re:    Lindsey's Trucking, LLC and Berkshire Hathaway
          Homestate Insurance Company, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 682123.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

  **WRIT DISMISSED.** This writ application is dismissed pursuant
to the motion from counsel for relators advising that the matter
has settled, they no longer wish to seek review of the lower
court's ruling, and have requested a dismissal of this writ
application.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT